**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ZHIBRI, on behalf of himself and all
others similarly situated,

                      Plaintiff,

   - against -                                        **JUDGMENT**
                                                                 CV 21-5877 (AYS)
OPTIMUM LOGISTICS GROUP, LLC,
individually, and NP ELBOGEN, individually,
and ARI ELBOGEN, individually,

                      Defendants.
-----------------------------------------------------------------X

     A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on August 11, 2023, accepting Defendants' August 11, 2023 offer to allow judgment against them in the amount of $28,868.60, inclusive of all damages, liquidated damages, and interest for Plaintiff's monetary claims, and for $37,531.40 in reasonable attorneys' fees, costs and expenses, it is

     **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Luis Zhibri against Defendants Optimum Logistics Group, LLC, NP Elbogen, and Ari Elbogen in the amount of $66,400.00, inclusive of all damages, liquidated damages, and interest for Plaintiff's monetary claims, and for reasonable attorneys' fees, costs and expenses; and that this case is closed.

Dated: August 15, 2023
       Central Islip, New York

                                                                        BRENNA B. MAHONEY
                                                                        CLERK OF COURT

                                              By:    /s/ James J. Toritto
                                                                 Deputy Clerk